**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-12-1455-PHX-SMM |
| Plaintiff, | |
| vs. | **CONSENT JUDGMENT** |
| SWWG, LLC; Broadband Ventures II, LLC; Broadband Services, Inc., | |
| Defendants. | |

Pending before the Court is the parties' Amended Motion to Approve Consent Judgment. (Doc. 28.) Having reviewed the parties' Consent Judgment, the Court finds the Consent Judgment reasonable and approves the Consent Judgment, based on the following:

WHEREAS, the parties have agreed to resolve their claims without the need for litigation;

WHEREAS, SWWG, LLC, Broadband Ventures II, LLC, and Broadband Services, Inc. ("Defendants") have consented to entry of this Consent Judgment without trial or adjudication of any issue of fact or law and to waive any appeal if the Consent Judgment is entered as submitted by the parties;

WHEREAS, the parties agree that entry of this Consent Judgment resolves only this civil action, and does not preclude the government from pursuing any other current or future civil or criminal matters or proceedings against Defendants;

WHEREAS, the Court finding that it has jurisdiction over the subject matter and the

parties;

Accordingly, based on the foregoing,

**IT IS HEREBY ORDERED GRANTING** the parties' Amended Motion to Approve Consent Judgment. (Doc. 28.)

**IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff United States, and against Defendants, in the amount of $1,625,605.45 consisting of $1,492,809.93 principal, plus $132,795.52 interest computed through June 30, 2013. Defendants are jointly and severally liable for the foregoing amount.

**IT IS FURTHER ORDERED** that interest will continue to accrue from the date of judgment at the applicable legal post-judgment interest rate computed daily and compounded annually, until paid in full.

**IT IS FURTHER ORDERED** that the parties shall bear their own costs associated with this matter.

DATED this 26th day of June, 2013.

_____
Stephen M. McNamee
Senior United States District Judge